UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:19-CV-61678-FAM

HOWARD COHAN,

    Plaintiff,
vs.

JIN FA, INC,
d/b/a CHINA ICHIBAN BUFFET,

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, JINFA, INC, d/b/a CHINA ICHIBAN BUFFET, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED August 26, 2019.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: /s/ **Tony Pornprinya** |
| Gregory S. Sconzo, Esq. | Tony Pornprinya, Esq. |
| Florida Bar No.: 0105553 | Fla. Bar No. 027960 |
| The Law Office of Gregory S. Sconzo, P.A. | 1555 NE 123rd Street |
| 5080 PGA Boulevard, Suite 213 | Miami, Florida 33161 |
| Palm Beach Gardens, FL 33418 | Telephone: (305) 893-8989 |
| Telephone: (561) 729-0940 | |
| Facsimile: (561) 491-9459 | |
| Service Email: sconzolaw@gmail.com | |
| Email: greg@sconzolawoffice.com | |
| Attorney for Plaintiff | |

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on August 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    **/s/ Gregory S. Sconzo**
    **Gregory S. Sconzo, Esq.**